

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.

Plaintiff (Petitioner)

v.

KELLY L. HAPPEL A/K/A KELLY HAPPEL, ET AL,

Defendant (Respondent)

CASE and/or DOCKET No.: 18 405

Sheriff's Sale Date: _____

### AFFIDAVIT OF SERVICE

TYPE OF PROCESS: SUMMONS AND COMPLAINT

I, DENISE HINKLE, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party , and that I served KELLY L. HAPPEL A/K/A KELLY HAPPEL the above process on the 18 day of April, 2018, at 8:50 o'clock, P M, at 212 Madison Ave Nazareth, PA 18064 2611 , County of Northampton, Commonwealth of Pennsylvania:

Manner of Service:

☑    By handing a copy to the Defendant(s)

Description: Approximate Age 31-35   Height 5'9   Weight 215   Race WHITE   Sex MALE   Hair BROWN

Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of ___P·_____ )
                                                             ) SS:
County of _____Berks_____           )

Before me, the undersigned notary public, this day, personally, appeared _____Denise Hinkle_____ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number:USA-177959

Case ID #:5164756

Subscribed and sworn to before me

this __19__ day of __April__ , 20 __18__ .

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021