UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>KELLY L. HAPPEL a/k/a KELLY HAPPEL<br><br>Defendant(s) | CIVIL NO. 18-00405 |

**CERTIFICATE OF SERVICE**
**PURSUANT TO Pa.R.C.P. 3129.2 (c) (2)**

Rebecca A. Solarz, Esquire, Attorney for Plaintiff, hereby certifies that service on the Defendants of the Notice of Sheriff Sale was made by:

( X )   Personal Service by the Sheriff's Office/competent adult (copy of return attached).
(  )    Certified mail by Rebecca A. Solarz (original green Postal return receipt attached).
(  )    Certified mail by Sheriff's Office.
(  )    Ordinary mail by Rebecca A. Solarz, Esquire to Attorney for Defendant(s) of record (proof of mailing attached).
(  )    Acknowledgment of Sheriff's Sale by Attorney for Defendant(s) (proof of acknowledgment attached).
(  )    Ordinary mail by Sheriff's Office to Attorney for Defendant(s) of record.

**IF SERVICE WAS ACCOMPLISHED BY COURT ORDER.**
(  )    Premises was posted by Sheriff's Office/competent adult (copy of return attached).
(  )    Certified Mail & ordinary mail by Sheriff's Office (copy of return attached).
(  )    Certified Mail & ordinary mail by Rebecca A. Solarz (original receipt(s) for Certified Mail attached).

Pursuant to the Affidavit under Rule 3129 (copy attached), service on all lienholders (if any) has been made by ordinary mail by Rebecca A. Solarz, Esquire (copies of proofs of mailing attached).

The undersigned understands that the statements herein are subject to the penalties provided by 18 P.S. Section 4904.

Respectfully submitted,

BY: Rebecca A. Solarz, Esq.
Attorney for Plaintiff



## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

KELLY L. HAPPEL A/K/A KELLY HAPPEL; et al.
Defendant (Respondent)

CASE and/or DOCKET No.: 18-00405

Sheriff's Sale Date: 2/20/2019

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: NOTICE OF SALE**

I, DENISE HINKLE, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served KELLY L. HAPPEL A/K/A KELLY HAPPEL the above process on the 26 day of November, 2018, at 9:42 o'clock, P M, at 212 Madison Ave Nazareth, PA 18064 2611, County of Northampton, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age 56-60  Height 5'10  Weight 220  Race WHITE  Sex MALE  Hair GRAY
Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of __Pa__ ) SS:
County of __Berks__ )

Before me, the undersigned notary public, this day, personally, appeared __Denise Hinkle__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_(Signature of Affiant)_

File Number: USA-177959
Case ID #: 5359998

Subscribed and sworn to before me
this __29__ day of __Nov__, 20__18__.

_____ Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021

| Name and Address of Sender<br>KML LAW GROUP, P.C.<br>SUITE 5000<br>701 MARKET STREET<br>PHILADELPHIA, PA<br>19106-1532 | Check type of mail or service:<br>☐ Certified   ☐ Recorded Delivery (International)<br>☐ COD        ☐ Registered<br>☐ Delivery Confirmation   ☐ Return Receipt for Merchandise<br>☐ Express Mail   ☐ Signature Confirmation<br>☐ Insured | | | | Affix Stamp Here<br>(if issued as a<br>certificate of mailing,<br>or for additional copies<br>of this bill)<br>Postmark and<br>Date of Receipt | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
| 1. | PA DEPARTMENT OF PUBLIC WELFARE -<br>Bureau of Child Support Enforcement<br>Health and Welfare Bldg. - Room 432<br>P.O. Box 2675<br>Harrisburg, PA 17105-2675 | | Tenants / Occupants<br>60 Washington Boulevard<br>Bangor, PA 18013 | | | U.S. POSTAGE » PITNEY BOWES<br>$ 001.17°<br>ZIP 19106<br>02 1W<br>0001403708 NOV. 26. 2018. | | | | | | |
| 2. | | | | | | | | | | | | |
| 3. | DOMESTIC RELATIONS OF NORTHAMPTON<br>COUNTY<br>669 Washington Street<br>Easton, PA 18042 | | | | | | | | | | | |
| 4. | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | |
| Total Number of Pieces<br>Listed by Sender | Total Number of Pieces<br>Received at Post Office | Postmaster, Per (Name of receiving employee)<br>[USPS CONTINENTAL STATION NOV 26 2018 PHILA PA 19106 stamp] | | | | | | Complete by Typewriter, Ink, or Ball Point Pen<br>See Privacy Act Statement on Reverse | | | | |

PS Form **3877**, February 2002 (Page 1 of 2)

USA-177959   Northampton County   Sale Date: 02/20/2019

KELLY L. HAPPEL a/k/a KELLY HAPPEL

#116

Print Your Documents                                                                 Page 1 of 1

USA - JH

| USPS Manifest Mailing System | | | | | | | Page 1 |

| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Permit Number<br>123 | | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
|---|---|---|---|---|---|---|---|
| | Sequence Number<br>8145-1 | | | | Class of Mail<br>Mixed | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 9171999991703969202750<br>9171999991703969202750 | HAPPEL, KELLY L. a/k/a KELLY HAPPEL<br>60 Washington Boulevard<br>Bangor, PA 18013 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703969202767<br>9171999991703969202767 | HAPPEL, KELLY L. a/k/a KELLY HAPPEL<br>212 Madison Ave.<br>Nazareth, PA 18064 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| Page Totals<br>Cumulative Totals | 2<br>2 | | 1.41<br>1.41 | 9.70<br>9.70 | | | 11.11<br>11.11 |

USPS CERTIFICATION

Total Number Of Pieces Received _____

_____      Round Stamp _____
Signature of Receiving Employee

PS Form 3877 (Facsimile)      Extra Service Codes:
                              C      Certified
                              ERR    Return Receipt

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                        Plaintiff<br><br>vs.<br><br>KELLY L. HAPPEL a/k/a KELLY HAPPEL<br><br>                        Defendant(s) | CIVIL NO. 18-00405 |

**AFFIDAVIT PURSUANT TO RULE 3129**

      THE UNITED STATES OF AMERICA, Plaintiff in the above action, by counsel, KML Law Group, P.C. sets forth as of the date the praecipe for the writ of execution was filed the following information concerning the real property located at:

         60 Washington Boulevard
         Bangor, PA 18013

1. Name and address of Owner(s) or Reputed Owner(s):

         KELLY L. HAPPEL a/k/a KELLY HAPPEL
         60 Washington Boulevard
         Bangor, PA 18013

2. Name and address of Defendant(s) in the judgment:

         KELLY L. HAPPEL a/k/a KELLY HAPPEL
         60 Washington Boulevard
         Bangor, PA 18013

3. Name and last known address of every judgment creditor whose judgment is a record lien on the property to be sold:

         PA DEPARTMENT OF PUBLIC WELFARE - Bureau of Child Support Enforcement
         Health and Welfare Bldg. - Room 432
         P.O. Box 2675
         Harrisburg, PA 17105-2675

         DOMESTIC RELATIONS OF NORTHAMPTON COUNTY
         669 Washington Street
         Easton, PA 18042

4. Name and address of the last recorded holder of every mortgage of record:

5. Name and address of every other person who has any record interest in or record lien on the property and whose interest may be affected by the sale:

6. Name and address of every other person of whom the plaintiff has knowledge who has any record interest in the property which may be affected by the sale.

7. Name and address of every other person of whom the plaintiff has knowledge who has any interest in the property which may be affected by the sale.

        Tenants / Occupants
        60 Washington Boulevard
        Bangor, PA 18013

      I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

DATED: January 2, 2019

                                                KML Law Group, P.C.
                                                BY: Rebecca A. Solarz, Esq.
                                                Attorney for Plaintiff