

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See "Instructions for Service of Process by U.S. Marshal"* |
|---|---|

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>18-00405 |
|---|---|
| DEFENDANT<br>KELLY L. HAPPEL a/k/a KELLY HAPPEL | TYPE OF PROCESS<br>US Marshals Sale of Real Estate |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION ETC TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
KELLY L. HAPPEL a/k/a KELLY HAPPEL
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
60 Washington Boulevard Bangor, PA 18013

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

KML Law Group
701 Market Street
Suite 5000
Philadelphia, PA 19106

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

FILED
APR - 2 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Signature of Attorney other Originator requesting service on behalf of  ☐ PLAINTIFF ☐ DEFENDANT    TELEPHONE NUMBER    DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin: No 66 | District to Serve: No 66 | Signature of Authorized USMS Deputy or Clerk | Date: 2/27/19

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 2/27/19   Time: 11:10 ☐am ☐pm

Signature of U.S. Marshal or Deputy
DUSM Ch Aleg

.58
34 RT miles @ .54¢

| Service Fee | Total Mileage Charges including endeavors<br>$19.72 ~~$18.53~~ | Forwarding Fee | Total Charges<br>$19.72 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>~~$0.00~~  ~~$18.53~~  $19.72 |
|---|---|---|---|---|---|

REMARKS
US Marshals Sale of premises known as 60 Washington Boulevard Bangor, PA 18013  Sale was held at the Northampton County Courthouse, 669 Washington St., Easton PA 18042

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*. To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev 11/13