## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
               Plaintiff

   v.

KELLY L. HAPPEL a/k/a KELLY HAPPEL
               Defendant

Civil Action No: 18-00405

### ORDER

AND NOW, this 3RD day of APRIL, 2019, upon consideration of Plaintiff's Motion which states that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

### ORDERED

1.    That the public sale held on February 27, 2019 is hereby confirmed.

2.    That the Marshal is ordered and directed to execute and deliver to Uptown Redevelopers, LLC, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of KELLY L. HAPPEL a/k/a KELLY HAPPEL in and to the premises sold located at 60 Washington Boulevard, Bangor, PA 18013.

3.    That jurisdiction is retained for such further orders or decrees as may be necessary.

_____ J.