UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, :
:
Plaintiff, :
:
v. : No. 18-cv-405
:
KELLY L. HAPPEL a/k/a KELLY HAPPEL, :
:
Defendant. :

### ORDER

**AND NOW**, this 25th day of April, 2019, upon consideration of the Schedule of Distribution attached to this order, as well as prior orders of this Court granting plaintiff's Motion for Default Judgment, providing for sale of the Property located at 60 Washington Boulevard, Bangor, PA 18013 ("Property"), and approving and confirming the U.S. Marshal's Sale of the Property, **IT IS HEREBY ORDERED** that the Schedule of Distribution attached to this Order is **APPROVED** and shall be entered on the docket by Clerk and the U.S. Marshal shall distribute the proceeds of the sale of the Property in accordance with the Schedule of Distribution.

BY THE COURT:

_____
JOSEPH F. LEESON, JR.
United States District Judge

042519

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

        Plaintiff

vs.

KELLY L. HAPPEL a/k/a KELLY HAPPEL

        Defendant

CIVIL NO. 18-00405

## A. SCHEDULE OF DISTRIBUTION

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

Amount bid by Third Party Purchaser.................................$65,000.00

Amount of cash received ............................................................$65,000.00

### TO BE DISTRIBUTED AS FOLLOWS:

Proceeds of sale to the United States Department of
Justice re: CDCS# 2018A14595 ......................................................$65,000.00

                              KML Law Group, P.C.

                              By: /s/Rebecca A. Solarz, Esq.
                              Rebecca A. Solarz, Esquire
                              Suite 5000 – BNY Independence Center
                              701 Market Street
                              Philadelphia, PA 19106-1532
                              (215) 825-6327
                              Original signature not required/electronic filing